STAMATIS GOLFINOPOULOS v. MICHAEL PADULA.

October 13, 1987.

Petition for certification denied. (See 218 *N.J.Super.* 38).

LINDA ROSS v. TRANSPORT OF NEW JERSEY.

October 13, 1987.

Petition for certification granted. (See 218 *N.J.Super.* 326).

FRANK POSSERT v. CBS, INC.

October 13, 1987.

Petition for certification denied.

ROBERT COLE v. CARTERET SAVINGS &
LOAN ASSOCIATION.

October 13, 1987.

Petition for certification denied.